1  Michael N. Poli, #005461
   Jody L. Buzicky, #010321
2  POLI & BALL, P.L.C.
   601 South Seventh Street, 2nd Floor
3  Las Vegas, Nevada 89101
   (702) 380-8095
4
   Attorneys for Defendant Bank of America, N.A.
5
                    **UNITED STATES DISTRICT COURT**
6
                         **DISTRICT OF NEVADA**
7
   CHARLES DOMINICK LOMBINO, an    )
8  individual,                     )
                                   )   **CASE NO.:  2:09-CV-00036-LDG-RJJ**
9           Plaintiff,             )
                                   )
10     vs.                         )
                                   )
11  BANK OF AMERICA, NT&SA, a U.S.  )
   Chartered Corporation, CITIBANK, )
12  N.A., a National Banking Association; )
   SHAWN ABERMAN, an individual,   )
13                                 )
           Defendants.             )
14 ─────────────────────────────── )
15  BANK OF AMERICA, N.A., a national )
   association,                    )
16                                 )
           Counterclaimant,        )
17                                 )
       vs.                         )
18                                 )
   CHARLES DOMINICK LOMBINO, an    )
19  individual,                    )
                                   )
20         Counter-Defendant.      )
   ─────────────────────────────── )
21
                 **NOTICE OF FILING PROPOSED PRETRIAL ORDER**
22
23        Defendants Bank of America, N.A.("Bank of America" or the "Bank") and Shawn

24 Aberman hereby submit this Pretrial Order pursuant to the Court's Scheduling Order dated

25 March 2, 2009.  Undersigned counsel has been had difficulty communicating with Plaintiff

   to secure and finalize a Joint Pretrial Order, thus this is being submitted by Defendants
26
   only.

POLI & BALL, P.L.C.
601 SOUTH SEVENTH STREET, 2nd FLOOR
LAS VEGAS, NEVADA 89101
(702) 380-8095

POLI & BALL, P.L.C.
601 SOUTH SEVENTH STREET, 2ⁿᵈ FLOOR
LAS VEGAS, NEVADA 89101
(702) 380-8095

1      Undersigned counsel contacted Plaintiff's counsel last week to obtain his initial draft

2 of a proposed Joint Pretrial Order. After no response was received, undersigned counsel

3 again this morning to about the Court's deadline to provide a Joint Pretrial Order. At

4 approximately 1:30 on September 8, 2009, undersigned counsel received an e-mail from

5 Plaintiff with a very rough draft of a Joint Pretrial Order. At approximately 3:00 p.m.,

6 Defendants provided their proposed revisions, changes and additions to Plaintiff. Plaintiff

7 did not respond or contact undersign counsel regarding the proposed changes. Attached

8 hereto are the communications between the parties regarding the Joint Pretrial Order.

9      Also, on August 5, 2009, the parties submitted a proposed First Amended Discovery

10 Plan/Scheduling Order, which proposed a new date, specifically April 8, 2010, for the

11 Pretrial Order. Upon information and belief, the Court has not signed that amended

12 Scheduling Order. Therefore, in an attempt to comply with the Court's existing Scheduling

13 Order dated March 2, 2009, Defendants hereby submit the attached Pretrial Order.

14      DATED this 8th day of September, 2009.

15           POLI & BALL, P.L.C.

16

17      By    */s/ Jody L. Buzicky*
            Michael N. Poli  poli@poliball.com
            Jody L. Buzicky  buzicky@poliball.com

18             601 South Seventh Street
            Second Floor

19             Las Vegas, Nevada  89101
            Attorneys for Defendant Bank of America, N.A.

20             and Defendant Shawn Aberman

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and First Class Mail this 8th day of September, 2009, to:

Charles Dominick Lombino
LOMBINO LAW STUDIO, LTD.
2421 Enchantment Circle
Henderson, Nevada 89074
Plaintiff Pro Per

                    /s/ Vicki L. Morgan
                    An employee of POLI & BALL, P.L.C.

S:\Lkl\BA\Lombino\PLEADINGS\Not of Svc.Pretrial Order.wpd

POLI & BALL, P.L.C.
601 SOUTH SEVENTH STREET, 2nd FLOOR
LAS VEGAS, NEVADA 89101
(702) 380-8095