CHARLES D. LOMBINO
State Bar No. 8547
LOMBINO LAW STUDIO
2716 Lovington Drive
Henderson, Nevada 89074
(702) 357-8620
cdl@lombinolawstudio.com

Attorneys for PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

CHARLES DOMINICK LOMBINO,

    Plaintiff,

vs.

CITIBANK, et al.,

    Defendants.

AND RELATED COUNTER-CLAIM

Case Nos.: 2:09-cv-00036-LDG-RJJ

TRIAL: December 6th, 2010
TIME: 8:30 A.M.

**ASSOCIATION OF COUNSEL**

Plaintiff CHARLES D. LOMBINO hereby associates CRAIG B. FRIEDBERG, ESQ. as co-counsel in this matter.

CRAIG B. FRIEDBERG, ESQ, has the following address and phone:

    4760 S. Pecos Rd., Ste. 103, Las Vegas, NV. 89121
    (702) 435-7968
    attcbf@cox.net

I consent to this association.

December 4th, 2010

_____
Charles D. Lombino

I consent to this association. I am duly admitted to practice in this District.

December 4th, 2010

_____
Craig B. Friedberg

APPROVED:

DATED: 6 Dec 2010

_____
UNITED STATES DISTRICT JUDGE

2

LOMBINO V. CITIBANK, ET AL.
CASE NO. 2:09-cv-00036-LDG-RJJ

ASSOCIATION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 years, my business address is _2716 Lovington Drive, Henderson, NV_ and that a true and correct copy of the documents listed below was place in a sealed envelope or package and served on the individuals or entities listed below in the manner and by the method(s) indicated below, on this _5TH_ day of _DECEMBER_, 2010:

**1. ASSOCIATION OF COUNSEL**

| | |
|---|---|
| ☐ | **BY MAIL:** I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Henderson, Nevada in the ordinary course of business. I am aware that on motion of the party serviced, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. |
| ☐ | **VIA PERSONAL SERVICE:** I cause such envelope(s) to be delivered via hand delivery to the office(s) of the addressee(s). |
| ☐ | **VIA FACSIMILE:** I caused said document(s) to be transmitted via facsimile to the office(s) of the addressee. |
| ☐ | **VIA EMAIL:** I caused the listed documents to be transmitted by email to the email addresses of the parties listed below, and either (1) there is in place an agreement between counsel for electronic service or (2) the addressee(s) have agreed to electronic service by their previous use of the electronic filing system for this Court. |
| ☐ | **And using a download link:** I caused an email to be sent as described above that contained a link to download the documents via a ftp service to facilitate the delivery of a large number of documents that would be too large for most email services to accept. |
| ☐ | **VIA OVERNIGHT DELIVERY:** I caused said envelope or package to be sent via a commercial overnight delivery service to the office(s) of the addressee(s). |
| ☒ | **VIA FEDERAL ELECTRONIC SERVICE:** I caused the documents to be filed and served by way of this Court's Electronic Filing and Service System pursuant to Electronic Filing Procedures Rule IV(B). |
| ☐ | **VIA ELECTRONIC SERVICE – BANKRUPTCY** Under Administrative Order 02-I (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's Facilities |

i

LOMBINO V. CITIBANK, ET AL.                                    ASSOCIATION OF COUNSEL
CASE NO. 2:09-cv-00036-RJJ

## CERTIFICATE OF SERVICE

Michael N. Poli
Jody L. Buzicky
POLI & BALL, P.L.C.
601 South Seventh Street,
2nd Floor
Las Vegas, Nevada 89101
(702) 380-8095

Executed this 5TH day of _DECEMBER_, 2010 at _HENDERSON_, Nevada.

*/s/ Charles Lombino*

| | |
|---|---|
| ☐ | **NEVADA:** I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct. |
| ☐ | **CALIFORNIA:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| ☐ | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, or alternatively that I am a member of the Bar of this Court. |
| ☐ | |

LOMBINO V. CITIBANK, ET AL.                                                        ASSOCIATION OF COUNSEL
CASE NO. 2:09-cv-00036-LDG-RJJ