**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES DOMINICK LOMBINO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al,<br><br>　　　　Defendants.<br>_____<br><br>and related Counterclaims. | 2:09-cv-0036-LDG-RJJ<br><br>**JUDGMENT** |

　　The claims in this action having come before a jury at trial, and the jury having rendered its decision in favor of the plaintiff,

　　THE COURT HEREBY ORDERS that judgment is ENTERED in favor of Plaintiff Charles Dominick Lombino and against Defendants Bank of America, N.A., and Shawn Aberman in the amount of $128,473.15.

　　DATED this ____ day of January, 2011.

_____
Lloyd D. George
United States District Judge